1054

No. 88–1124. CITY OF BERWYN ET AL. *v.* PIZZATO'S INC. ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–1129. ALWAN BROTHERS CO. ET AL. *v.* GNIDOVEC ET AL. Sup. Ct. Ky. Certiorari denied.

No. 88–1130. NUTRI/SYSTEM, INC., ET AL. *v.* HERSKOWITZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–1131. HARBOR INSURANCE CO. *v.* CROW ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1132. FINN *v.* CHEVRON, U. S. A., INC. C. A. 9th Cir. Certiorari denied.

No. 88–1134. SMITH *v.* COMBUSTION ENGINEERING, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–1135. LARRANCE *v.* ILLINOIS HUMAN RIGHTS COMMISSION ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 88–1137. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW *v.* MACK TRUCKS, INC. C. A. 3d Cir. Certiorari denied.

No. 88–1140. LUDWIG *v.* EVERGREEN OVERLOOK, INC., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 88–1172. GOWNARIS ET VIR *v.* UNITED STATES POSTAL SERVICE. C. A. 3d Cir. Certiorari denied.

No. 88–1183. WHITE, WARDEN *v.* CHATOM. C. A. 11th Cir. Certiorari denied.

No. 88–1196. GOREE ET AL. *v.* LAVELLE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 88–1205. HAGGERTY *v.* CITY OF POMPANO BEACH, FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.